UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kane, et al.                                     Plaintiff,

                    -v-                                          Case No. 1:21-cv-7863

de Blasio, et al.                                                **Rule 7.1 Statement**

                                                 Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

all plaintiffs                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

not applicable

Date: 9/21/2021

Signature of Attorney

Attorney Bar Code: 458 5824

Form Rule7_1.pdf  SDNY Web 10/2007