IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Kane; William Castro; Margaret Chu; Heather Clark; Stephanie Di Capua; Robert Gladding; Nwakaego Nwaifejokwu; Ingrid Romero; Trinidad Smith; Amaryllis Ruiz-Toro.<br><br>Plaintiffs,<br><br>vs.<br><br>Bill de Blasio, in his official capacity as Mayor of the City of New York; David Chokshi, in his official capacity as Commissioner of Health of the City of New York; New York City Department of Education.<br><br>Defendants. | Case No. 1:21-cv-7863<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sujata Gibson hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiffs in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 21, 2021,                          Respectfully Submitted,

/s/ *Sujata S. Gibson*

1

Sujata S. Gibson, Esq.
The Gibson Law Firm, PLLC
408 W State Street/MLK Blvd
Ithaca, NY 14850
Tel: (607) 327-4125/Fax: (607) 238-4689
sujata@gibsonfirm.law