# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Michael Kane; William Castro; Margaret Chu; Heather Clark; Stephanie Di Capua; Robert Gladding; Nwakaego Nwaifejokwu; Ingrid Romero; Trinidad Smith; Amaryllis Ruiz-Toro.**<br><br>Plaintiffs,<br><br>vs.<br><br>**Bill de Blasio**, in his official capacity as Mayor of the City of New York; **David Chokshi**, in his official capacity as Commissioner of Health of the City of New York; **New York City Department of Education.**<br><br>Defendants. | Case No. 1:21-cv-7863 |

## AFFIDAVIT OF SUJATA S. GIBSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Sujata S. Gibson, being first duly sworn, deposes and says:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein.

2. I am the managing attorney at the Gibson Law Firm, PLLC, located at 408 W State Street/MLK BLVD, in Ithaca, New York. My business telephone number is 607-327-4125, facsimile 607-238-4689, and email sujata@gibsonfirm.law.

3. I am a member in good standing of the Bar of the State of New York. My attorney registration number is 4585824.

3

4. No disciplinary proceedings have ever been filed or are pending against me in any state or federal court, nor have I ever been censured, suspended from practice, disbarred, or denied admission or readmission by any court. I have never been convicted of a felony.

RESPECTFULLY SUBMITTED,

Affiant, Sujata S. Gibson

Sworn to me this 21st day of September 2021.

Notary Public

SERENNA L. MCCLOUD, ESQ.
Notary Public, State of New York
Registration No. 02MC6403734
Qualified in Tompkins County
Commission Expires February 3, 2024

4