IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Kane; William Castro; Margaret Chu; Heather Clark; Stephanie Di Capua; Robert Gladding; Nwakaego Nwaifejokwu; Ingrid Romero; Trinidad Smith; Amaryllis Ruiz-Toro.<br><br>Plaintiffs,<br><br>vs.<br><br>**Bill de Blasio**, in his official capacity as Mayor of the City of New York; **David Chokshi**, in his official capacity as Commissioner of Health of the City of New York; **New York City Department of Education**.<br><br>Defendants. | Case No. 1:21-cv-7863<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sujata Gibson for admission to practice Pro Hac Vice in the above-captioned action is hereby granted.

Applicant has declared that she is a member in good standing of the bar of the state of New York and that her contact information is:

Sujata S. Gibson, Esq.
Gibson Law Firm, PLLC
408 W State Street, MLK BLVD
Ithaca, NY 14850
Telephone: 607-327-4125/Facsimile 607-238-4689
Email: sujata@gibsonfirm.law

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiffs, Michael Kane; William Castro; Margaret Chu; Heather Clark; Stephanie Di

5

Capua; Robert Gladding; Nwakaego Nwaifejokwu; Ingrid Romero; Trinidad Smith; and Amaryllis Ruiz-Toro, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____

                                                          U.S. District Court/ Magistrate Judge