72°

ALL BOROUGHS  >  | OCTOBER 3, 2021

LOG IN

*Mayor Bill de Blasio, left, at a meeting with now-Gov. Kathy Hochul on Aug. 17, 2021. Twitter/LtGovHochulNY.*

POLITICS

# For de Blasio, it's a bright new day with Hochul in office

BY GLORIA PAZMINO | NEW YORK CITY
PUBLISHED 7:47 PM ET AUG. 24, 2021

NEW YORK — It's a new day in Mayor Bill de Blasio's New York.

"I'm happy that we have a new governor. We needed one. She — again, she's a good person who I look forward to working with," de Blasio said Tuesday, speaking to reporters during his daily briefing from Staten Island Borough Hall.

Beyond the Hochul family, there was likely no one happier about the rise of Gov. Kathy Hochul's rise to power than de Blasio. It spells a major change for the mayor, who for years battled a political cold war with Cuomo, his political nemesis. Their relationship was bitter until the end.

- The mayor says he's eager to work with Hochul as the state moves into a new era of government amid a still ongoing pandemic and the challenge of recovery hangs in the balance

During a farewell address, Cuomo took a swipe at de Blasio, saying the Democratic mayoral nominee will bring much needed competence.

"Eric Adams will be the next mayor of New York City. I think he'll bring a new philosophy and competence to the position which can give New York City residents hope for the future," Cuomo said Monday.

De Blasio did not hold back, chiding the former governor for using his last opportunity to speak with the public to once again attack his accusers.

"There's a narcissism there that doesn't allow him to see anything but himself," de Blasio said Tuesday during an appearance on MSNBC's "Morning Joe."

With the change, there are already signs that the state's top Democrats will be willing to, at the very least, share the same space.

De Blasio and Hochul held a meeting over pastries last week, and the mayor says he's eager to work with Hochul as the state moves into a new era of government amid a still ongoing pandemic and the challenge of recovery hanging in the balance.

"She and I have already started speaking regularly," de Blasio said. "We're going to keep it that way and do a lot of good work for the people of this city and this state."

Hochul is returning the gesture, promising to work side by side with the mayor who has a little more than four months left in office.

"I have unofficially sat down with Mayor de Blasio. We had some very nice pastries and had a great conversation," Hochul said. "There will be no blindsiding. There will be full cooperation because I need his best and brightest integrated with my best and brightest, and that's how we will get through this."

Even though de Blasio's term is drawing to a close, he has months to work with Hochul on a number of issues key to the city's recovery. The return to school, COVID-19 vaccine mandates and the prevention of a massive housing crisis are only just a few of the items on the mayor's to-do list.

72°

ALL BOROUGHS   >   | OCTOBER 3, 2021

LOG IN

Looking for an easy way to learn about the issues affecting New York City?

Listen to our "Off Topic/On Politics" podcast: Apple Podcasts | Google Play | Spotify | iHeartRadio | Stitcher | RSS

**YOU MAY ALSO BE INTERESTED IN**



2:07

MANHATTAN

# In solidarity with Women's March, NYC activists rail against Texas abortion law

MANHATTAN |   22 HOURS AGO