LONG ISLAND / POLITICS / SPIN CYCLE

By Robert Brodsky

# Labor arbitrator to host Cuomo fundraiser Tuesday in Sands Point

*Updated May 20, 2014 3:23 PM*

Labor arbitrator Martin Scheinman will host a fundraiser for Gov. Andrew M. Cuomo's re-election efforts Tuesday night at his home in Sands Point.

Scheinman said he is co-hosting the event with former State Sen. Michael Balboni, a Republican who served as deputy secretary for public safety under former Gov. Eliot Spitzer, and Bruce Raynor, the former executive vice president of the labor union SEIU.

Scheinman said he was approached by Cuomo's campaign about hosting the fundraiser but had few details about the event other than that fewer than 100 guests were expected.

Advertisement

A Cuomo spokesman did not respond to a request for comment.

Scheinman has mediated several labor fights between both Nassau and Suffolk counties and its public-sector labor unions. He most recently mediated the labor contract between New York City Mayor Bill de Blasio and the United Federation of Teachers.

Cuomo will challenge Republican Westchester County Executive Rob Astorino in November.

### Sign up for the NewsdayTV newsletter

From breaking news to special features and documentaries, the NewsdayTV team is covering the issues that matter to you.

Email address

Sign up

By clicking Sign up, you agree to our privacy policy.

By Robert Brodsky



**SPONSORED CONTENT**

### These 23 Gadgets Are The Best Releases Of 2021 ↗

BY 2021 BEST GADGETS

The best & latest gadgets of 2021. They are sure to be sold out this holiday season. Get yours while stock lasts!

## Didn't find what you were looking for?

search newsday.com