UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kane, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>De Blasio, et al.<br><br>Defendants. | DECLARATION OF TRINIDAD SMITH<br><br>Civil Action No. 1:21-cv-07863 |

STATE OF NEW JERSEY         )
                            ) ss.:
COUNTY OF SUSSEX            )

**Trinidad Smith**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am Trinidad Smith.

2. I have been teaching with the NYC DOE in D75 servicing children with Autism. We are a self-contained special education school that only instructs special needs students under one administration. It has become like family to me.

3. I have a new mortgage on the home of my dreams for my teenage son. I have only been here two years and losing my career will render me unable to pay my mortgage, car payment and other bills as this is my only source of income and I

1

am the sole provider for my son. I was adopted from an orphanage in Bogota, Columbia at the age of six, and have been working to provide for my son what I never had.

4. I am one of the two senior educators at my site in downtown Brooklyn. I am a cluster teacher who holds the position of adaptive physical education.

5. I am confident that a sub will not be able to provide the expertise and safety I provide. I manage two classes and the adult support staff simultaneously while managing all exits to the playground.

6. Safety is a top priority for our students some who are nonverbal. My collaboration with the related services such as the physical therapist, occupational therapist and the speech pathologist at my school gives the students the best possible outcomes in our program.

7. These are relationships built over a twenty-year time span.  A sub will not be able to proceed with the level of confidence and knowledge for what needs to be done!  Our program is down one cluster already and will now be down one more cluster with my absence.  Contrary to what is being said the DOE does not have subs to draw from. We have experienced a shortage on several occasions. The classroom teachers are then asked to work on their preps which limits their time to prepare to be the best educators possible.

8. Due to a shortage in the kitchen staff, the students will be getting cold sandwiches for lunch. At the start of the pandemic the mayor did say that he wanted to keep the schools open and one of the reasons was because this was the only hot meal that some of these students were receiving at school.  Is their well-being no longer a priority?

9. When offered I attend professional development workshops as they are a crucial way for educators like myself to stay current and relevant in their classes. New techniques and methods are introduced to help students reach their highest potential.

10. I have sincerely held religious beliefs that prevent me from taking a Covid-19 vaccine.

11. On October 4th I am being asked not to come to work due to refusal of the COVID-19 vaccination! I have been loyal and hard working through the pandemic. I have been working in person with our students since the first day learning resumed at the building.

12. My personal relationship with God has guided me in the decisions I've always made and continue to make. I was baptized and raised in the church and hold the teachings very close to my heart! For this reason, I have made a personal choice to refrain from the Covid-19 vaccine. I trust my immune system that God gave me as it has protected me from succumbing to Covid-19 in spite of working with students who often unexpectedly expel bodily fluids from themselves.

13. Due to the new much harder process for obtaining a religious or medical exemption, I knew it would be impossible for me to be considered for an accommodation. This is not for lack of sincerity in my religious beliefs, but rather on the part of the ones who practically eviscerated religious exemption options. It was designed to discourage the applicants with little to no hope of being heard.

14. It is devastating to know that our school will be understaffed for my students on Monday October 4th and any days that follow if this grave injustice is allowed to

DocuSign Envelope ID: 68F06C3D-4D41-49C6-B099-502A6B9456CA

    continue. Our students thrive on consistency and routines, and now we are failing them by not providing them with what they need and deserve

15. These mandates will have a huge negative effect on both students and staff and therefore I implore you to please consider granting us a TRO so we can have a fair and honest opportunity to object these mandates in a court of law!

10/4/2021

*DocuSigned by:*
*Trinidad Smith*
7A263941654E4E8...

_____

Trinidad Smith