UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/4/2021__

MICHAEL KANE, et al.,

                              Plaintiff,

              -v.-

BILL DE BLASIO, et al.,

                              Defendants.

21 Civ. 7863 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiffs filed this action today.  Along with their complaint, Plaintiffs filed an application for a temporary restraining order and preliminary injunction [ECF No. 12].  The motion was referred to me as the Part One judge.

The Court will hold a hearing on the application for a temporary restraining order tomorrow, October 5, 2021, at 9:00AM in Courtroom 18C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.  The proceeding is open to the public, but members of the public and media may attend telephonically by dialing 888-278-0296 and entering access code 5195844#.  Defendants may file any opposition to the motion seeking a temporary restraining order by 8:00PM today.

The parties must be prepared to address the impact of noncompliance with the mandate on Plaintiffs.  Specifically, the parties should address when, if, and how Plaintiffs' employment with the Department of Education could be terminated under the relevant orders and agreements if Plaintiffs are not able to secure an exemption to the vaccination mandate.

Plaintiffs are directed to serve a copy of this order by email on Defendants and their counsel by no later than 2:45PM today.

**SO ORDERED.**

**Date:   October 4, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**