UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_10/5/2021_

MICHAEL KANE, et al.,

                              Plaintiff,

                    -v.-

BILL DE BLASIO, et al.,

                              Defendants.

21 Civ. 7863 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court, sitting as the Part One Judge, held a hearing on Plaintiffs' application for a temporary restraining order on October 5, 2021.  For the reasons stated on the record at the hearing, Plaintiffs' motion for a temporary restraining order is DENIED.  Plaintiffs' motion for a preliminary injunction remains pending.  Accordingly,

IT IS HEREBY ORDERED that a hearing on the preliminary injunction is scheduled for **Tuesday, October 12, 2021 at 11:00 A.M.**  The hearing will be held before Judge Valerie Caproni in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that any supplemental materials from the Plaintiffs must be filed by no later than **Thursday, October 7, 2021 at 5:00 P.M.** and any supplemental materials from the Defendants must be filed by no later than **Friday, October 8, 2021 at 5:00 P.M.**

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may listen to the proceeding remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 7863.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:   October 5, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**