AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MICHAEL KANE, et al., <br><br> *Plaintiff(s)* <br> v. <br> BILL DE BLASIO, et al., <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-7863 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NEW YORK CITY DEPARTMENT OF EDUCATION
Office of General Counsel
52 Chambers Street, Room 320, B4
New York, New York 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sujata S. Gibson. Esq.
The Gibson Law Firm, PLLC
408 W Martin Luther King, Jr St
Ithaca, New York 14850
Phone: (607) 327-4125
sujata@gibsonfirm.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*