USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MICHAEL KANE, WILLIAM CASTRO,
MARGARET CHU, HEATHER CLARK,
STEPHANIE DI CAPUA, ROBERT
GLADDING, NWAKAEGO NWAIFEJOKWU,
INGRID ROMERO, TRINIDAD SMITH,
AMARYLLIS RUIZ-TORO,

                              Plaintiffs,

              -against-

BILL DE BLASIO, IN HIS OFFICIAL
CAPACITY AS MAYOR OF THE CITY OF
NEW YORK; DAVID CHOKSHI, IN HIS
OFFICIAL CAPACITY OF HEALTH
COMMISSIONER OF THE CITY OF NEW
YORK; NEW YORK CITY DEPARTMENT OF
EDUCATION,

                             Defendants.
------------------------------------------------------------- X

21-CV-7863 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Plaintiff's application for a preliminary injunction is scheduled for Tuesday, October 12, 2021 at 11:00 A.M., Dkt. 33;

IT IS HEREBY ORDERED that by no later than **Friday, October 8, 2021**, the parties must inform the Court whether they plan to call witnesses or introduce exhibits at the hearing. If the parties plan to call witnesses or introduce exhibits, they must include a witness and exhibit list in the submission.

**SO ORDERED.**

**Date: October 6, 2021**
**New York, New York**

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**