AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-7863

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Chokshi, Health Commissioner of the City of New York
was received by me on *(date)* 10/05/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service was by email to: OGC@health.nyc.gov due to temporary COVID rules, per: https://www1.nyc.gov/site/doh/about/contact-doh.page

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/7/2021 ~~10/06/2021~~

*Server's signature*

William A. Huston
*Printed name and title*

William Huston
PO Box 22,
Endicott, New York, 13761
*Server's address*

PATRICIA B. SALATI
Notary Public - State of New York
No. 01SA5076273
Residing in Broome County
My Commission Expires 4-21-2023

Patricia B Salati

Additional information regarding attempted service, etc: