AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-7863

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NEW YORK CITY DEPARTMENT OF EDUCATION

was received by me on *(date)*    10/06/2021    .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Service was by email to: DOESubpoenas@schools.nyc.gov due to temporary COVID rules,
per: https://www.schools.nyc.gov/about-us/leadership/legal

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:   10-7-2021
~~10/06/2021~~

_____
Server's signature

PATRICIA B. SALATI
Notary Public - State of New York
No. 01SA5076273
Residing in Broome County
My Commission Expires 4-21-2023 .
*Patricia B Salati*

William A. Huston
_____
Printed name and title

William Huston
PO Box 22,
Endicott, New York, 13761
_____
Server's address

Additional information regarding attempted service, etc: