## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kane, et al.<br><br>          Plaintiffs,<br><br>          vs.<br><br>de Blasio, et al.<br><br>          Defendants. | SUPPLEMENTAL DECLARATION OF SUJATA S. GIBSON<br><br>Civil Action No. 1:21-cv-07863 |

STATE OF NEW YORK       )
                                 ) ss.:
COUNTY OF TOMPKINS   )

**SUJATA GIBSON,** an attorney admitted *pro hac vice* to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am the attorney for the Plaintiffs and am fully familiar with the facts and circumstances of this case.

2. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. Attached hereto as **Exhibit 1** is, upon information and belief, a true and accurate copy of the last enacted collective bargaining agreement of the United Federation of Teachers with NYC DOE containing material terms regarding arbitration.

4. Attached hereto as **Exhibit 2** is, upon information and belief, a true and accurate copy of the last collective bargaining agreement of the Council of Supervisors and Administrators with NYC DOE containing material terms regarding arbitration.

5. Attached hereto as **<u>Exhibit 3</u>** is a true and accurate copy of the PIX11 News publication on October 6, 2021, by James Ford entitled *NYC DOE employees reassigned over vaccine mandates say students, schools are shortchanged.*

6. Attached hereto as **<u>Exhibit 4</u>** is a true and accurate copy of a tweet by New York City Council Member Mark Treyger posted on October 4, 2021 at 10:29 a.m.

7. Attached hereto as **<u>Exhibit 5</u>** is a true and accurate copy of a transcript of the August 5, 2021 interview between Dr. Walensky of the CDC and Wolf Blitzer.

Dated: October 7, 2021

                                                        Respectfully Submitted,

                                                        *Sujata S. Gibson*

                                                        Sujata Gibson