https://twitter.com/MarkTreyger718/status/1445033230097342477



**Mark Treyger** 🍎
@MarkTreyger718

One school leader I spoke with this morning lost 10 paraprofessionals and has not been assigned substitute paras. These are mandated service providers for students. Principals have nominated new people for these positions & are urging DOE to expedite processing for these roles.

10:29 AM · Oct 4, 2021 from Brooklyn, NY · Twitter for iPhone

**43** Retweets   **8** Quote Tweets   **157** Likes