SCHEINMAN ARBITRATION AND MEDIATION SERVICES
---------------------------------------------- X
In the Matter of the Arbitration
                                  X
               between
                                  X
NEW YORK CITY DEPARTMENT OF EDUCATION        Re: UFT.031
                                  X
                and
                                  X
          STEPHANIE DICAPUA
                                  X
---------------------------------------------- X

Issue: _____

Date of Hearing: _____

                        Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____

_____

_____          _____
Arbitrator                                 Date
Martin F. Scheinman, Esq.          9/24/2021