UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MICHAEL KANE, et al.,

                      Plaintiffs,

                                                    **NOTICE OF APPEARANCE**

       -against-

                                                    21 Civ. 7863 (VEC)

BILL DE BLASIO, et al.,

                      Defendants.

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants Bill de Blasio and David Chokshi,[1] in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
               October 8, 2021

                                                    **GEORGIA M. PESTANA**
                                                    Corporation Counsel of the
                                                      City of New York
                                                    Attorney for Defendants Chokshi and
                                                    de Blasio
                                                    100 Church Street, 2nd Floor
                                                    New York, New York 10007
                                                    (212) 356-2078
                                                    lminicuc@law.nyc.gov

                                         By:       /s/ *Lora Minicucci*
                                                          Lora Minicucci
                                                          Assistant Corporation Counsel

---

[1] Upon information and belief, plaintiffs have yet to effect proper service of the summons and complaint on the Department of Education