USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
MICHAEL KANE, WILLIAM CASTRO, :
MARGARET CHU, HEATHER CLARK, :
STEPHANIE DI CAPUA, ROBERT :
GLADDING, NWAKAEGO NWAIFEJOKWU, :
INGRID ROMERO, TRINIDAD SMITH, :    21-CV-7863 (VEC)
AMARYLLIS RUIZ-TORO, :
                              Plaintiffs, :    ORDER
          -against- :
                                     :
BILL DE BLASIO, IN HIS OFFICIAL :
CAPACITY AS MAYOR OF THE CITY OF :
NEW YORK; DAVID CHOKSHI, IN HIS :
OFFICIAL CAPACITY OF HEALTH :
COMMISSIONER OF THE CITY OF NEW :
YORK; NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
                              Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a hearing on Plaintiff's application for a preliminary injunction is scheduled for Tuesday, October 12, 2021 at 11:00 A.M., Dkt. 33; and

      WHEREAS the hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, *id.*;

      IT IS HEREBY ORDERED that seating in Courtroom 443 will be limited to counsel for the parties, the Plaintiffs, not more than two representatives of the Defendants, and authorized personnel. All other members of the public will be directed to overflow courtrooms where the proceeding will be broadcast. Due to COVID restrictions, seating in the overflow courtrooms is extremely limited. Once those courtrooms are at COVID-limited capacity, additional members of the public will not be permitted entry into the courthouse.

IT IS FURTHER ORDERED that any person who enters the courthouse must comply with Court rules and decorum. Members of the public will not be permitted to bring telephones or other electronic devices into any of the courtrooms.

IT IS FURTHER ORDERED that per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must wear a mask over his or her nose and mouth, must complete a questionnaire, and must have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. The full list of courthouse COVID-related rules can be found in Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry. <u>Any person who fails to comply with Court rules, including masking requirements, will be required to leave the courthouse immediately.</u>

IT IS FURTHER ORDERED that interested members of the public may listen to the proceeding remotely by dialing 1-844-291-5489 and using the access code 9438556.

IT IS FURTHER ORDERED that the proceeding may not be recorded or rebroadcast. Any person who records or rebroadcasts the court proceedings in violation of this Order may be held in contempt and punished accordingly.

IT IS FURTHER ORDERED that the parties must submit witness lists and exhibits lists, to the extent they will be calling witnesses or introducing exhibits, by no later than **today, October 8, 2021 at 5:30 P.M.** *See* Order, Dkt. 38.

**SO ORDERED.**

Date: October 8, 2021  
New York, New York

_____  
VALERIE CAPRONI  
United States District Judge