UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

MICHAEL KANE, et al.,

                              Plaintiffs,

          -against-

BILL DE BLASIO, et al.,

                             Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

21 Civ. 7863 (VEC)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants Bill de Blasio and David Chokshi,[1] in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
               October 8, 2021

                                 **GEORGIA M. PESTANA**
                                 Corporation Counsel of the
                                   City of New York
                                 Attorney for Defendants Chokshi and
                                 de Blasio
                                 100 Church Street, 2nd Floor
                                 New York, New York 10007
                                 (212) 356-4074
                                 acrousho@law.nyc.gov

                    By:      */s/ Amanda C. Croushore*
                             Amanda C. Croushore
                             Assistant Corporation Counsel

---

[1] Upon information and belief, plaintiffs have yet to effect proper service of the summons and complaint on the Department of Education