AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Kane, et al

v.

de Blasio, et al

**EXHIBIT AND WITNESS LIST**

Case Number: Civil Action No. 1:21-cv-07863

| PRESIDING JUDGE<br>Hon. Valerie E. Caproni | | PLAINTIFF'S ATTORNEY<br>Sujata S. Gibson, Esq. | | DEFENDANT'S ATTORNEY<br>Lora Minicucci | |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>PI hearing 10/12/2021 | | COURT REPORTER | | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness Dr. Jayanta Bhattacharya |
| | | | | | Witness Michael Kane |
| | | | | | Witness William Castro |
| | | | | | Witness Amaryllis Ruiz-Toro |
| | | | | | Witness Margaret Chu |
| | | | | | Witness Nwakaego Naifejokwu |
| | | | | | Witness Ingrid Romero |
| | | | | | Witness Trinidad Smith |
| | | | | | Witness Ingrid Romero |
| | | | | | Witness Heather Clark |
| | | | | | Witness Stephanie Di Capua |
| | | | | | Witness Robert Gladding |
| | | | | | Witness Peter Otto |
| | | | | | Witness Amanda Nicole Ruiz |
| 1 | | | | | Email from Solas system re LWOP |
| 2 | | | | | Second version of email from Solas system re LWOP after TRO hearing |
| 3 | | | | | Initial auto-generated denial from DOE |
| 4 | | | | | Appeal notice |
| 5 | | | | | Denial after appeal |
| 6 | | | | | Email to Stephanie di Capua after initial denial |
| 7 | | | | | Emails to Robert Gladding re status |
| 8 | | | | | Martin Kuldorff and Jay Bhattacharya, The ill-advised push to vaccinate the young, THEHILL.COM ( |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Kane, et al

V.

de Blasio, et al

**EXHIBIT AND WITNESS LIST**

Case Number: Civil Action No. 1:21-cv-07863

| PRESIDING JUDGE<br>Hon. Valerie E. Caproni | PLAINTIFF'S ATTORNEY<br>Sujata S. Gibson, Esq. | DEFENDANT'S ATTORNEY<br>Lora Minicucci |
|---|---|---|
| TRIAL DATE (S)<br>PI hearing 10/12/2021 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | | | | Studies cited in Dr. Bhattacharya's affidavit dated 10/4/2021 |
| 10 | | | | | August 5, 2021 Transcript Interview Dr. Walensky, CDC |
| 11 | | | | | Affirmation of Dr. Makary |
| 12 | | | | | CDC study on Natural Immunity |
| 13 | | | | | CDC Barnstable study |
| | | | | | Witness (possible depending on availability) Dr. Makary |
| 14 | | | | | UFT contract |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages