UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MICHAEL KANE, et al.,

                                   Plaintiffs,          **NOTICE OF APPEARANCE**

           -against-

                                                        21 Civ. 7863 (VEC)

BILL DE BLASIO, et al.,

                                   Defendants.

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants Bill de Blasio and David Chokshi,[1] in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:        New York, New York
                 October 8, 2021

                                                 **GEORGIA M. PESTANA**
                                                 Corporation Counsel of the
                                                   City of New York
                                                 Attorney for Defendants Chokshi and
                                                 de Blasio
                                                 100 Church Street, 2nd Floor
                                                 New York, New York 10007
                                                 (212) 356-2460
                                                 jgiambro@law.nyc.gov

                                By:       */s/ Jessica Giambrone*
                                                Jessica Giambrone
                                                Senior Counsel

---

[1] Upon information and belief, plaintiffs have yet to effect proper service of the summons and complaint on the Department of Education