USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MICHAEL KANE, WILLIAM CASTRO,          :
MARGARET CHU, HEATHER CLARK,           :
STEPHANIE DI CAPUA, ROBERT             :
GLADDING, NWAKAEGO NWAIFEJOKWU,        :
INGRID ROMERO, TRINIDAD SMITH,         :          21-CV-7863 (VEC)
AMARYLLIS RUIZ-TORO,                   :

                          Plaintiffs,   :          ORDER

            -against-                    :

                                        :

BILL DE BLASIO, IN HIS OFFICIAL        :
CAPACITY AS MAYOR OF THE CITY OF       :
NEW YORK; DAVID CHOKSHI, IN HIS        :
OFFICIAL CAPACITY OF HEALTH            :
COMMISSIONER OF THE CITY OF NEW        :
YORK; NEW YORK CITY DEPARTMENT OF      :
EDUCATION,                             :

                          Defendants.   :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 12, 2021, the parties appeared for a hearing on Plaintiffs'

application for a preliminary injunction;

IT IS HEREBY ORDERED that for the reasons stated on the record, Plaintiffs'

application for a preliminary injunction is DENIED.

IT IS FURTHER ORDERED that the parties must submit supplemental briefing on the

question of whether Plaintiffs have standing to bring as-applied challenges to the DOE Vaccine

Mandate as applied by the Arbitration Awards.  Supplemental briefing must address, at a

minimum, whether, when there is no claim that the union breached its duty of fair representation,

an individual employee represented by a union has standing to challenge a process dictated by an

arbitrator following an arbitration proceeding to which the union and the employer were the only

parties.  The briefing must also address whether Plaintiffs' as-applied challenges are ripe for

judicial review, including whether Plaintiffs are required to bring proceedings pursuant to Article 75 of the New York Civil Practice Law & Rules.  The parties' briefs are not limited to those two topics; the Court acknowledges that there are likely additional issues that pertain to the question of whether Plaintiffs have standing to bring their as-applied challenges.

IT IS FURTHER ORDERED that Plaintiffs' supplemental brief is due no later than **Tuesday, October 26, 2021**, and must not exceed 25 double spaced pages; Defendants' response brief, also limited to 25 double spaced pages, is due no later than **Tuesday, November 9, 2021**, and Plaintiffs' reply, limited to 10 double spaced pages, is due no later than **Tuesday, November 16, 2021**.  Following a review of the parties' papers, the Court will determine whether a hearing is necessary.

IT IS FURTHER ORDERED that Plaintiffs' counsel, Mary Holland, must file a notice of appearance on the docket by no later than **Friday, October 15, 2021**.

IT IS FURTHER ORDERED that all other deadlines in this case are adjourned *sine die*, including Defendants' time to answer, move, or otherwise respond to the Complaint.  The initial pre-trial conference, currently scheduled for November 12, 2021 at 2:00 P.M. and the November 4, 2021 deadline to file joint pre-conference submissions are CANCELED.

**SO ORDERED.**

**Date:  October 12, 2021**
**        New York, New York**

**VALERIE CAPRONI**
**United States District Judge**