USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2021

-----Original Message-----
From: Jessica Gervacio <​​​​​​​​​​​​​​​​​​​​​​​>
Sent: Tuesday, October 12, 2021 6:59 PM
To: Caproni >
Subject: Today

CAUTION - EXTERNAL:


Good evening,

Why did you do it? Why did you deny New York City teachers in today's trial? Why are you so mean? So many of us are barely making it through the day trying to survive, pay rent, and have food in our fridges. It's really difficult to live unemployed. And it's hard to leave the city you once were so proud to claim and where you have lived for so long. It's hard to leave for employment elsewhere. I worked so hard and for so long to become a New York City teacher. I held my title with pride. I loved my students and absolutely loved my job. I went through hell and back to get attain all my licenses and make it through intensive teacher training. It is truthfully inhumane, degrading, depressing and mean, to take people's jobs over medicine that quite frankly doesn't stop the spread. Why not just let people have a choice and if they get diagnosed with COVID-19, then for the 10 days of isolation and quarantine, they don't get paid. That would've been a lot more civil and ethical. I am so disappointed in this city. This mandate has ruined my life alongside many others who were taken out of their jobs. It's really hard to live and go on with life when you spent so much money working on certification exams, college classes and test preps, to become a teacher. This year was supposed to be my tenure year. I worked so hard and it all yanked from me, taken away, like I'm some criminal. It's truly sad. I just want my job back. I want to be with my students, and I want to teach normally. Put yourself in our shoes, the shoes of the thousands of teachers who were left unemployed and feeling like they no longer have a purpose. How would you feel if someone took your job away from you, despite how much of a great worker you are and how hard you work? Put yourself in our shoes. It's not easy. It's really difficult to go on day after day, with life, feeling like you have no purpose, unable to even go anywhere because you barely have money to pay rent. It's difficult, and it's sad. It's so mean of you to not grant teachers religious exemptions. It is inhumane and it is mean, evil, just terrible. I am so sad, humiliated, and embarrassed to be a New Yorker. I hope you can sleep at night knowing how many people are suffering because of this mandate and today's terrible outcome in trial. 😣

Thank you for your time.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.