UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

MICHAEL KANE, et al.,

                Plaintiffs,

  -against-

BILL DE BLASIO et al.,

                Defendants.

---------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 1:21-cv-07863

To: The clerk of the Court and all Parties of Record:

     **PLEASE TAKE NOTICE** that I am the General Counsel of Children's Health Defense and am admitted to practice in this court. I appear in this case as of counsel for Michael Kane.

Dated: October 11, 2021
       New York, New York

                              **MARY S. HOLLAND**
                              General Counsel, Children's Health Defense
                              Bar Registration No. **2355618**
                              mary.holland@childrenshealthdefense.org