UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kane, et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>de Blasio, et al.<br><br>    Defendants. | NOTICE OF APPEAL<br><br>Civil Action No. 1:21-cv-07863 |

Notice is given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from an order denying a preliminary injunction entered in this action on the 12th day of October 2021 and all parts thereof.

    Gibson Law Firm, PLLC

    */s/ Sujata S. Gibson*

    **Sujata S. Gibson, Esq.**
    *Attorney for all Plaintiffs*
    Gibson Law Firm, PLLC
    408 W. State St./MLK Blvd.
    Ithaca, NY 14850
    (607)327-4125
    sujata@gibsonfirm.law

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above a copy of the foregoing was served by ECF upon Mayor Bill de Blasio, Dr. David Chokshi, and the New York City Department of Education or their proper representatives designated by law.

*/s/ Sujata S. Gibson*
**Sujata S. Gibson, Esq.**