USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
MICHAEL KANE, WILLIAM CASTRO,              :
MARGARET CHU, HEATHER CLARK,               :
STEPHANIE DI CAPUA, ROBERT                 :
GLADDING, NWAKAEGO NWAIFEJOKWU,            :
INGRID ROMERO, TRINIDAD SMITH,             :
AMARYLLIS RUIZ-TORO,                       :
                           Plaintiffs,     :
             -against-                     :       21-CV-7863 (VEC)
                                           :
BILL DE BLASIO, IN HIS OFFICIAL            :
CAPACITY AS MAYOR OF THE CITY OF           :
NEW YORK; DAVID CHOKSHI, IN HIS            :
OFFICIAL CAPACITY OF HEALTH                :
COMMISSIONER OF THE CITY OF NEW            :
YORK; NEW YORK CITY DEPARTMENT OF          :
EDUCATION,                                 :
                           Defendants.     :
------------------------------------------------------------- X
------------------------------------------------------------- X
MATTHEW KEIL, JOHN DE LUCA, SASHA          :
DELGADO, DENNIS STRK, SARAH                :
BUZAGLO,                                   :
                           Plaintiffs,     :
             -against-                     :
                                           :       21-CV-8773 (VEC)
THE CITY OF NEW YORK, BOARD OF             :
EDUCATION OF THE CITY SCHOOL               :
DISTRICT OF NEW YORK, DAVID CHOKSHI,       :
MEISHA PORTER,                             :
                           Defendants.     :
------------------------------------------------------------- X
```

**ORDER TO SHOW CAUSE**

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 28, 2021, 21-CV-8773 was assigned to the undersigned;

      IT IS HEREBY ORDERED that, by no later than **Friday, November 12, 2021**, the parties in both matters must show cause why these two cases should not be consolidated under Rule 42 of the Federal Rules of Civil Procedure. If the parties do not respond to the Court's

order, or if they do not show good cause, the Court will consolidate the cases pursuant to Rule 42.

**SO ORDERED.**

Date:  October 28, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**