

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

AMANDA C. CROUSHORE
Labor and Employment Law Division
Phone: (212) 356-4074
Fax: (212) 356-2438
Email: acrousho@law.nyc.gov

**By ECF**

October 29, 2021

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re: *Keil, et al. v. the City of New York, et al.*, Dkt. 21 Civ. 8773;
           *Kane, et al. V. Bill de Blasio, et al.*, Dkt. 20 Civ. 7863

Dear Judge Caproni:

      I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel for the City of New York, attorneys for the defendants in the above-referenced cases ("*Keil*" and "*Kane*," respectively). I write for two purposes: (1) to address the October 28, 2021 Order regarding consolidating the above-referenced cases, and (2) to request that the *Keil* matter be stayed pending appeal, as the *Kane* case has been.

      First, defendants agree with the Court that the *Keil* and *Kane* matters should be consolidated. They unquestionably "involve . . . common question[s] of law [and] fact" (F.R.C.P. 42(a)), namely the validity and application of the DOE vaccine mandate and, in particular, whether the mandate violates plaintiffs' Constitutional rights.

      Second, defendants request that the *Keil* matter be stayed pending appeal, much as the *Kane* matter has been. The Second Circuit's ruling on plaintiffs' appeal of the Court's decision denying plaintiffs' Order to Show Cause for a temporary restraining order may affect defendants' approach to these cases, and thus waiting to respond to the Complaints until after the Second Circuit has ruled would be most efficient and just. F.R.C.P. 1.

                                     Respectfully submitted,

                                       */s/ Amanda C. Croushore*
                                       Assistant Corporation Counsel

Copies to: All counsel of record (by ECF)