USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

MICHAEL KANE, WILLIAM CASTRO, MARGARET CHU, HEATHER CLARK, STEPHANIE DI CAPUA, ROBERT GLADDING, NWAKAEGO NWAIFEJOKWU, INGRID ROMERO, TRINIDAD SMITH, AMARYLLIS RUIZ-TORO,

                           Plaintiffs,

-against-

BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF NEW YORK; DAVID CHOKSHI, IN HIS OFFICIAL CAPACITY OF HEALTH COMMISSIONER OF THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION,

                           Defendants.

-------------------------------------------------------------- X

21-CV-7863 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 1, 2021, the Court stayed this matter pending resolution of the appeal before the Second Circuit, Dkt. 73; and

WHEREAS on November 16, 2021, Plaintiffs filed a first amended complaint without seeking leave of Court despite the stay, Dkt. 74.

IT IS HEREBY ORDERED that Plaintiffs must show cause, by no later than **Monday, November 22, 2021**, why the first amended complaint should not be stricken given that Plaintiffs did not have leave of Court to file the pleading. Defendants' response is due no later than **Monday, November 29, 2021**.

**SO ORDERED.**

Date: November 18, 2021
      New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**