# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2022



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LORA MINICUCCI
Labor and Employment Law Division
Phone: (212) 356-2078
Fax: (212) 356-2438
Email: lminicuc@law.nyc.gov

April 13, 2022

**By ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square,
New York, NY 10007

Re:   Kane, et al. v. de Blasio, et al., Dkt. 21 Civ. 7863

Dear Judge Caproni:

     I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, attorneys for the Defendants in the above-referenced case. I write to respectfully request a one-week extension of Defendants time to file a reply on the Defendants' Motion to Dismiss (ECF Dkt. 111).

     This is Defendants' first request for an adjournment of their time to reply. Plaintiffs consent to the adjournment. An adjournment of Defendants' time to reply is necessary due to my heavy caseload, a personal emergency, and the need to thoroughly address Plaintiffs' 35-page opposition. The reply is currently due Friday April 15, 2022, and Defendants request that the new due date be set for April 22, 2022.

Respectfully submitted,

*/s/ Lora Minicucci*

Assistant Corporation Counsel

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)

Date: April 13, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE