**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                         :

MICHAEL KANE, et al.,                     :

                          Plaintiffs,       :

                                           :

          - against -             :    Case No.  21-cv-7863 (VEC) (Lead)

                                         :

BILL DE BLASIO, et al.,              :

                                         :

                         Defendants.   :
-------------------------------------------------------------X
                                         :

MATTHEW KEIL, et al.               :

                          Plaintiffs,       :

                                         :

          - against -             :    Case No.  21-cv-8773 (VEC)

                                         :

THE CITY OF NEW YORK, et al.,       :

                         Defendants.   :
-------------------------------------------------------------X

## ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION

Upon consideration of the previously filed (1) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction, dated April 12, 2022 (ECF No. 121); (2) Declaration of Sujata Gibson, dated April 12, 2022 (ECF No. 122); (3) Declaration of Amoura Bryan, dated April 11, 2022 (ECF No. 123); (4) Declaration of Benedict LoParrino, dated March 28, 2022 (ECF No. 124); (5) Declaration of Carolyn Grimando, dated April 7, 2022 (ECF No. 125); (6) Declaration of Dennis Strk, dated March 28, 2022 (ECF No. 126); (7) Declaration of Edward (Eli) Weber, dated March 28, 2022 (ECF No. 127); (8) Declaration of Heather Clark, dated April 3, 2022 (ECF No. 128); (9) Declaration of Ingrid Romero, dated April 6, 2022 (ECF No. 129); (10) Declaration of Joan Giammarino, dated March 28, 2022 (ECF No. 130); (11) Declaration of John De Luca, dated April 6, 2022 (ECF No. 131); (12) Declaration of Margaret Chu, dated April 6, 2022 (ECF

1

No. 132); (13) Declaration of Matthew Keil, dated March 28, 2022 (ECF No. 133); (14) Declaration of Michael Kane, dated April 11, 2022 (ECF No. 134); (15) Declaration of Nwakaego Nwaifejokwu, dated April 3, 2022 (ECF No. 135); (16) Declaration of Robert Gladding, dated April 1, 2022 (ECF No. 136); (17) Declaration of Sarah Buzaglo, dated April 11, 2022 (ECF No. 137); (18) Declaration of Sasha Delgado, dated March 28, 2022 (ECF No. 138); (19) Declaration of Stephanie Di Capua, dated April 3, 2022 (ECF No. 139); (20) Declaration of Trinidad Smith, dated April 4, 2022 (ECF No. 140); (21) Declaration of Martha Gold-Dvoryyadkin, dated April 7, 2022 (ECF No. 141); (22) Declaration of Robert Dillon, dated April 7, 2022 (ECF No. 142); (23) Declaration of Solimar Velez, dated April 6, 2022 (ECF No. 143);  and (24) Declaration of Betsy Combier, dated April 7, 2022 (ECF No. 144); and good cause having been shown, it is hereby

**ORDERED** that the above-named Defendants appear before this Court, at Room 443, United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007 on _____, 2022 at_____:_____o'clock in the [ ] forenoon [ ] afternoon thereof, or as soon thereafter as counsel may be heard, to show cause why preliminary injunctive relief shall not issue barring enforcement of the City's vaccine mandate against Plaintiffs and any other DOE employees who have applied for religious accommodation and ordering Defendants to offer reinstatement of pay and benefits pending resolution of this matter on the merits; and it is further

**ORDERED** that opposing papers, if any, shall be served by ECF on or before May 6, 2022, at 12 p.m., and any reply papers served on or before May 9, 2022.

_____
United States District Judge

2