# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL KANE, et al.,

                    Plaintiffs,

     - against -                      Case No.  21-cv-7863 (VEC) (Lead)

DE BLASIO et al.,

                    Defendants.
------------------------------------------------------------X
MATTHEW KEIL, et al.

                    Plaintiffs,

     - against -                      Case No.  21-cv-8773 (VEC)

THE CITY OF NEW YORK et al.,

                    Defendants.
------------------------------------------------------------X

## DECLARATION OF DENNIS STRK

Dennis Strk declares as follows, pursuant to 28 U.S.C. § 1746:

1. My name is Dennis Strk and I am plaintiff in the above-referenced case.

2. I respectfully submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I know the facts stated herein to be true based upon my personal knowledge, except for statements which are made on information and belief and, as to those, I verily believe them.

1

4. I was terminated from the New York City Department of Education because I cannot comply with the vaccination mandate, as it would violate my sincerely held religious beliefs.

5. Attached as Exhibit A is a true and correct redacted screenshot of my payroll portal page. Plainly visible on the screenshot is a problem code, indicated by a "Problem PR" notation in my salary history tab.

Dated: New York, New York
June 3, 2022

By: Dennis Strk

# EXHIBIT A

