UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL KANE, et al.,

                   Plaintiffs,

      - against -                          Case No. 21-cv-7863 (VEC) (Lead)

BILL DE BLASIO, et al.,

                   Defendants.
------------------------------------------------------------X

MATTHEW KEIL, et al.

                   Plaintiffs,

      - against -                          Case No. 21-cv-8773 (VEC)

THE CITY OF NEW YORK, et al.,

                   Defendants.
------------------------------------------------------------X

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY THE HONORABLE VALERIE E. CAPRONI

      Having considered the Plaintiffs' motion to disqualify the judge presiding in the instant matter, and supporting papers, and any papers submitted in opposition thereto, and oral argument presented to this Court in support of the parties' position on the Motion, it is **HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. District Judge Valerie E. Caproni does recuse herself from this case, and hereby requests that the Honorable Laura Taylor Swain, Chief Judge, reassign this case.

      **IT IS SO ORDERED.**

Dated:    This ___ day of _____, 2022

                                                                    _____
                                                                    Hon. Valerie E. Caproni
                                                                    United States District Judge