GIBSON LAW FIRM, PLLC                        NELSON MADDEN BLACK LLP
Sujata S. Gibson, Esq.                          Jonathan R. Nelson, Esq.
832 Hanshaw Rd., Suite A                       475 Park Ave. S., Suite 2800
Ithaca, NY 14850                                   New York, NY 10016

                                             August 29, 2022

**By ECF**                                  Plaintiffs' application for a
Hon. Naomi Reice Buchwald                   stay of enforcement pending
United States District Court                their appeal to the Second
Southern District of New York               Circuit pursuant to Rule 62(d)
Daniel Patrick Moynihan                     of the Federal Rules of Civil
United States Courthouse                    Procedure is denied for the
500 Pearl Street                            same reasons the Court denied
New York, NY 10007                          the application for injunctive
                                            relief.  See ECF No. 184.
                                            SO ORDERED.

   Re: <u>Kane, et al. v. Bill de Blasio, et al.</u>, No. 21 Civ. 7863
       <u>Keil, et al. v. The City of New York, et al.</u>, No. 21 Civ. 8773

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE

Dear Judge Buchwald:                        Dated:  New York, New York
                                                    August 29, 2022

        Pursuant to Rule 62(d), Plaintiffs request that this Court grant an injunction staying
enforcement of the DOE's vaccine mandate against Plaintiffs pending appeal of this Court's August
26, 2022 Order denying Plaintiffs' motion for a preliminary injunction and dismissing the case,
which Plaintiffs have appealed to the Court of Appeals. In the alternative, Plaintiffs respectfully
request a stay of the September DOE vaccination deadlines offering terminated employees their jobs
if they get vaccinated and threatening termination of employees on leave without pay if they do not.
Plaintiffs seek a stay of these deadlines until a motions panel at the Court of Appeals can review
Plaintiffs request for an emergency injunction.

        Plaintiffs rely on the papers submitted previously in support of their aforesaid denied motion.
Each day represents fresh ongoing irreparable harm, as Plaintiffs and their colleagues are forced to
choose between their faith and their job, in violation of the First Amendment. Loss of such First
Amendment rights "for even minimal periods of time, unquestionably constitutes irreparable injury."
*Elrod v. Burns*, 427 US 347, 373 (1976).

                          Respectfully submitted,


        /s/ Jonathan R. Nelson              /s/ Sujata S. Gibson
        Counsel for Keil Plaintiffs         Counsel for Kane Plaintiffs


cc:     All counsel via ECF