UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MICHAEL KANE, et al.,

        Plaintiff,                                    21 **CIVIL** 7863 (NRB)
                                                      21 **CIVIL** 8773 (NRB)

-against-                                **JUDGMENT**

BILL DE BLASIO, et al.,

        Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum & Order dated August 26, 2022, this Court denies the motion for a preliminary injunction and dismisses plaintiffs' complaint in its entirety with prejudice. The Clerk of Court is respectfully directed to terminate the open motions and accordingly, this case is closed.

**Dated:**  New York, New York
             August 30, 2022

                                                                    **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                       **BY:**
                                                                     **Deputy Clerk**