UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MICHAEL KANE, et al.,                                            :
                                                                 :
                                  Plaintiffs,      :
                                                                 :
              - against -                               :   Case No.  21-cv-7863 (NRB)
                                                                 :   (Lead)
BILL DE BLASIO, et al.,                                          :
                                                                 :
                                  Defendants.      :
-----------------------------------------------------------------X
                                                                 :
MATTHEW KEIL, et al.                                             :
                                                                 :
                                Plaintiffs,      :
                                                                 :
              - against -                               :   Case No.  21-cv-8773 (NRB)
                                                                 :
THE CITY OF NEW YORK, et al.,                                    :
                                                                 :
                                  Defendants.      :
-----------------------------------------------------------------X

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

      Plaintiffs, by and through the undersigned counsel, pursuant to 42 U.S.C. § 1988 and FED. R. CIV. P. 54(d), hereby move this Court for an award of attorney's fees, costs, and expenses against Defendants. The return date for this motion is _____ at 10:00 a.m. at the Courthouse located at 500 Pearl St, New York, NY 10007. In support of this Motion, Plaintiffs rely on the following supporting documents: 1) Declaration of Jonathan R. Nelson; 2) Declaration of Sujata S. Gibson; 3) Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees and Costs; 4) Itemized Statement of Costs and Expenses, attached as Exhibit 1 to each declaration respectively; and 4) Bill of Costs awarded to the Plaintiffs; attached as Exhibit 2.

      The billing rates for the attorneys and legal assistants involved in this case are as follows:

1

| Name | Role | Hourly Rate |
|---|---|---|
| Jonathan R. Nelson | Attorney | $550.00 |
| Barry Black | Attorney | $550.00 |
| John Madden | Attorney | $550.00 |
| Sujata Gibson | Attorney | $550.00 |
| Sarah Child | Attorney | $350.00 |
| Sujata Ramaiah | Attorney | $300.00 |
| Brandon Babwah | Paralegal | $135.00 |

The total number of hours expended for this case is worth $548,969.24 in attorneys' fees and costs incurred by all Plaintiffs' firms through November 2021, when the Second Circuit issued injunctive relief. After exercising billing judgment, as of the time of the filing and service of this Motion, Plaintiffs seek attorneys' fees $492,609.72 (a reduction of 8.9%). These attorneys' fees relate exclusively to the attorney and paralegal time incurred to prevail on their first motions for injunctive relief and necessary and customary costs as set forth in the itemized statements and declarations accompanying this motion.

Plaintiffs reserve the right to supplement this motion to seek additional attorneys' fees, if needed.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant the instant Motion.

Dated: New York, New York

September 13, 2022

          Respectfully submitted,

          NELSON MADDEN BLACK LLP
          *Attorneys for Keil Plaintiffs and the Class*

          */s/ Jonathan R. Nelson*
          **By: Jonathan Robert Nelson (JN8796)**
          475 Park Avenue South, Suite 2800
          New York, NY 10016
          (212) 382-4300
          jnelson@nelsonmaddenblack.com

          GIBSON LAW FIRM, PLLC
          *Attorney for Kane Plaintiffs and the Class*

          */s/ Sujata S. Gibson*
          **Sujata S. Gibson**
          Gibson Law Firm, PLLC
          832 Hanshaw Rd, Suite A
          Ithaca, NY 14850
          (607) 327-4125
          sujata@gibsonfirm.law