UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL KANE, et al.,

                Plaintiffs,

    - against -                              Case No. 21-cv-7863 (NRB)
                                          (Lead)
BILL DE BLASIO, et al.,

                Defendants.
------------------------------------------------------------X

MATTHEW KEIL, et al.

                Plaintiffs,

    - against -                              Case No. 21-cv-8773 (NRB)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

## DECLARATION OF ANDREW C. HRUSKA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

**ANDREW C. HRUSKA, ESQ.**, an attorney admitted to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I have been requested to offer an opinion with respect to the reasonableness of the hourly rates requested by Plaintiffs' counsel in this case.

### Background

2. I am a partner of King & Spalding LLP in our New York office and have been since 2005. I lead our Special Matters & Government Investigations team in New York. My practice includes *pro bono* representation of plaintiffs in civil rights cases, especially with regard to First Amendment rights.

1

3.      Before entering private practice, I served as Chief Assistant U.S. Attorney for the Eastern District of New York, and before that as a Department of Justice official, a New York County Assistant District Attorney and as a law clerk to U.S. Circuit Judge Ralph K. Winter, Jr. I graduated from Yale Law School in 1993.

4.      I am admitted to practice in the state of New York; the United States Supreme Court, the United States Courts of Appeals for the Second, Tenth and D.C. Circuits; and in the Southern, Eastern, Western and Northern Districts of New York. I have also made *pro hac vice* appearances in other federal district courts.

5.      For the bars and courts in which I have been admitted, I am a member in good standing and there are no grievances or other disciplinary proceedings pending against me. In addition, no court has ever censured, disbarred, suspended, or held me in contempt.

## Reasonableness of Hourly Rate

6.      I have reviewed the rate applications from attorneys for the plaintiffs Sujata Gibson and Jonathan Nelson on behalf of his firm Nelson Madden Black.

7.      I am familiar with the hourly billing rates of attorneys who litigate complex matters in this district.

8.      The billing rates of $550 per hour for Ms. Gibson and for Mr. Nelson and his partners are at or below the prevailing market rates in the Southern District of New York for partner-level attorneys with substantial experience in the litigation of complex matters.

9. The billing rates of $300-350 per hour for associate time and $135 for paralegal time are also at or below prevailing market rates in the Southern District of New York for litigation of this complexity.

Dated: New York, New York
September 13, 2022

Respectfully submitted,

*Andrew C. Hruska*

Andrew C. Hruska, Esq.
AH 3224