UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MICHAEL KANE, WILLIAM CASTRO, MARGARET CHU, HEATHER CLARK, STEPHANIE DI CAPUA, ROBERT GLADDING, NWAKAEGO NWAIFEJOKWU, INGRID ROMERO, TRINIDAD SMITH, AMARYLLIS RUIZ-TORO,

                                  Plaintiffs,

- against -

BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF NEW YORK; DAVID CHOKSHI, IN HIS OFFICIAL CAPACITY OF HEALTH COMMISSION OF THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION,

                                  Defendants.
-------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

21 Civ. 7863 (NRB)

        **PLEASE TAKE NOTICE** that **KATHLEEN M. LINNANE**, Assistant Corporation Counsel, on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, appears herein as counsel of record for defendants Bill de Blasio, David Chokski, and The New York City Department of Education, in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:    New York, New York
            November 18, 2024

                                          **MURIEL GOODE-TRUFANT**
                                          Acting Corporation Counsel of the
                                            City of New York
                                          Attorney for Defendants
                                          100 Church Street, 2nd Floor
                                          New York, New York 10007
                                          (212) 356-2467
                                          klinnane@law.nyc.gov

                              By:    /s/ *Kathleen M. Linnane*
                                           Kathleen M. Linnane
                                           Assistant Corporation Counsel