MEMORANDUM ENDORSED

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Robyn L. Rothman**
*Assistant Corporation Counsel*
Telephone: (212) 356-2450
E-mail: rrothman@law.nyc.gov
*Email not for service*

September 18, 2026

**By ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 519
New York, New York 10007

Re: Kane/Keil v. City of New York et al.
1:21-cv-7863 (NRB)(GWG)

Dear Judge Gorenstein:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorneys for Defendants in the above-captioned action. Pursuant to the email directive of this Court, Defendants respectfully submit a request to adjourn the September 23, 2026 settlement conference. The reason for the adjournment is that Defendants are still diligently trying to reassess its settlement position following Plaintiffs' service of their reaffirmed settlement demands on September 15, 2026, eight days prior to the current date of the settlement conference which contained information not previously provided to Defendants until that time and additional non-monetary requests also not previously communicated which requires additional communication with our clients and stakeholders to ascertain the City's position on settlement of those additional demands.

Prior to calling chambers earlier today, I reached out to Plaintiffs' counsel to obtain consent for the adjournment in which Plaintiffs' counsel indicated to me her preference to reschedule a conference at or about 45 days from the current scheduled date of September 23, 2026. At noon today, and in compliance with Your Honor's rules, I called chambers and advised the Court of Defendants' request for adjournment including Plaintiffs' counsel's request that any new dates be at or about 45 days after the currently scheduled date. The clerk advised that this Court was available on October 21, 22, 26-30 at either 10:00AM or 2:30PM. Thereafter, I promptly provided those dates and times to Plaintiffs' counsel to which Plaintiffs' counsel responded that her preference was to hold any settlement conferences remotely as she now resides out of state. Plaintiffs' counsel's preference to hold the conference remotely was not communicated to me until after I spoke with chambers.

I then advised Plaintiffs' counsel that Defendants have no preference as to the format of any settlement conferences and instead defers to the Court. In response, Plaintiffs' counsel has asked that, within this letter, I include the following statement:

"Plaintiffs prefer to proceed on September 23 as scheduled. Plaintiffs' counsel resides out of state and has already traveled to New York and arranged other meetings and appearances around the conference for efficiency. However, Plaintiffs would consent to an adjournment to an October date provided that the rescheduled settlement conference is conducted remotely for all parties."

Plaintiffs' counsel thereafter indicated to me that she can appear remotely on October 21, 22, 27-30 at 2:30PM each day but stated that she has not yet conferred with her clients as to whether they can appear at that time. Defendants can also appear on October 21, 22, 27-30, in any format that this Court prefers to proceed.

Respectfully submitted,

__/s/ Robyn L. Rothman__________
Robyn L. Rothman
Assistant Corporation Counsel

The request to adjourn the conference to October 27, 2026, at 2:30 p.m. and to proceed via video is granted. A separate order will issue that governs the procedures for this conference.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 21, 2026